FILED

Name: MICHAEL D. BOLTON
Address: 19450 CLARK ST.
PERRIS, CA 92570
Phone: (951) 563-3811

Plaintiff In Pro Per

2023 MAR -3 PM 3:15

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY: _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

MICHAEL D. BOLTON,

   PLAINTIFF,

vs.

DAVID THOMAS
STEVES TOWING
JOHN DOES
JANE DOES

   DEFENDANT(S).

Case No.: EDCV23-00370-SSS(SPx)
(To be supplied by the Clerk)

COMPLAINT FOR:

_____
_____
_____
_____

**Jury Trial Demanded**

## I. JURISDICTION

1. This Court has jurisdiction under SOUTHERN DISTRICT COURT OF WASHINGTON D.C. CASE V HOMELESS VEHICLE HOME IMPOUND.

Pro Se Clinic Form        Page Number

## II. VENUE

2. Venue is proper pursuant to CENTRAL DISTRICT OF CALIFORNIA

## III. PARTIES

3. Plaintiff's name is MICHAEL D. BOLTON. Plaintiff resides at: RIVERSIDE COUNTY (HOMELESS)

4. Defendant DAVID THOMAS (OFFICER) 137 N PERRIS, CA. 92570 (951) 210-1000

5. Defendant STEVE'S TOWING 152 MOUNTAIN AVE PERRIS, CA. 92570 (951) 940-7960

Pro Se Clinic Form                    Page Number 2 of 11

1  ___. Defendant JOHN DOE'S
   *Insert ¶ #*
2
3  RIVERSIDE COUNTY, PERRIS, MEAD VALLEY
4
5
6
7
8  ___. Defendant JANE DOE'S
   *Insert ¶ #*
9
10 RIVERSIDE COUNTY, PERRIS, MEAD VALLEY
11
12
13
14
15 ___. Defendant N/A
   *Insert ¶ #*
16
17
18
19
20
21
22 ___. Defendant N/A
   *Insert ¶ #*
23
24
25
26
27
28

Pro Se Clinic Form                    3/11
                                   Page Number

## IV. STATEMENT OF FACTS

MY MICHAEL O. BOLTON'S 2003 C240 MERCEDES BENZ WAS IMPOUND/STORED ON 02/1/2023, DUE TO THE DIRECTION OF DAVID THOMAS (OFFICER) AS AN ABANDONED VEHICLE TO THE BEST OF MY KNOWLEDGE TO STEVES TOWING COMPANY, AND BY THEIR CONTRACTED TOW SERVICE.

1. I MICHAEL O. BOLTON VEHICLE WAS MY ONLY MEANS OF TRANSPORTATION TO WORK, BUT WHEN IT BROKE DOWN IN MAY 2022 I BECAME UNEMPLOYED AND WITHOUT FUNDS TO SUPPORT MY WELL BEING. SO ANY FUNDS DONATED TO ME WERE PUT ON THE VEHICLE FOR REPAIRS AS I BECAME HOMELESS FOR SHELTER.

2. NEXT I HAVE COME TO REALIZE THAT MY VEHICLE WAS TOWED AS AN ABANDON VEHICLE AS I LEARNED FROM MY IMPOUND HEARING, AND VIA DAVID THOMASS BODYCAM MY TELEPHONIC VERBAL HEARING. EXHAUSTING MY STATE REMEDIES

Pro Se Clinic Form

3. MICHAEL BOLTON IS NOT ONLY UN-EMPLOYED I AM HOMELESS AS WELL AND SLEEPING COMPLETELY IN THE MUDDY, WET STREETS FOR THE PAST SEVERAL WEEKS FIGHTING TO STAY ALIVE WITHOUT ANY OTHER SUPPORT. BOLTON'S VEHICLE WAS HIS LIFE LINE OF SHEATHER AND WORKED ON THIS VEHICLE EVERY DAY TO REPAIR IT.

4. STEVE'S TOWING MAKES IMPOSSIBLE TO GET YOUR VECHLE OUT OF STORED. I WAS IMPOUNDED ON FEBRUARY 11, 2023 I INQURED ON FEBRUARY 13TH ONLY TO FIND OUT THEY WERE CLOSED THIS COMPANY HAS A POLICY OF CHARGING CITIZEN FOR DAYS THEY ARE IN OPERATING BUSINESS SEVICE, WHICH HIKES THE IMPOUND FEES

5. DAVID THOMAS HAS NOT WRITTEN ANY CITATION OF THIS VEHICLE PRIOR TO THIS TOW. MY VEHICLE WAS PLACED ON FLORENCE STREET FOR A PERIOD OF 2 DAY. AND I WAS OCUPPING MY VEHICLE WHEN HE ARRIVED ALTHOUGH HE GAVE ME THE IMPRESSION OF ANGER AND UNPROFESSIONLISM I EXIT MY VEHICE WHILE IT WAS ON JACKSTAND

5 of 11

Page Number

## V. CAUSES OF ACTION

### FIRST CAUSE OF ACTION

(OFFICER DAVID THOMAS UNPROFESSIONLISM

*insert title of cause of action*

(As against Defendant(s): NOT TO HARRASS, BE EQUAL TO ALL IN THE SITUATIONS, NO REPRISAL )

1. IT IS HARRASSMENT TO PLAY FLAVOR TO OTHER WHICH ARE A LARGE PERCENTAGE OF PEOPLE AND MY INLAWS TO FURTHER PUNISH ME FOR MY PAST AND/OR HISTORY. HELP INSTEAD OF HINDER. DEALING WITH D. THOMAS HAS NEVER BEEN TO ME BENEFIT.

2. INVESTIGATE WHAT ROLE DO HE PLAY IN MY INLAWS LIFE OR PEOPLE HE KNOWS IN ALL THE TIME HE HAS IN PERRIS WHERE GREW UP AND I LIVED FOR THE PAST FORTHY FIVE (45) YEARS KNOWING HIS FAMILY VERY WELL.

3. ALTHOUGH, HE HAS AUTHORITY AS AN RESPECTED OFFICE I BELIEVE HE HAS MADE MY WELL BEING DIFFICULT ABUSING AUTHORITY INJUCTIVE RELIEF REIMBURSTMENT AND/OR MY VEHICLE FOR MY LOSTS

## SECOND CAUSE OF ACTION

(TOWING COMPANY STEVE'S)
*insert title of cause of action*

(As against Defendant(s): CHARGING CITIZEN FOR SERVICE THAT IS NOT IN SERVICE, INJUCTION)

- MICHAEL BOLTON HAS KNOW THIS TOW COMPANY SINCE WELL BEYOND 2000 I HAVE HAD DIFFICULT TIMES WITH THIS BUSINESS EVEN WHEN THEY WERE ONLY A JUNKYARD I HAD ATLEASE SIX (6) VEHICLE TOWED AND NO KNOWLEDGE OF CIRCUMSTANCE WITH THEM

- STEVE TOW SEVICE IS CONTRACTED WITH RIVERSIDE COUNTY AND SAYS THAT IS IS THE SHERIFF DEPT CALL ON THEIR ACTION I BELEIVE THE UNDERLYING FACTORS ARE DOUBLE JEOPARDY AND INVESTIGATION IS NEED.

- IN MY OPINION I BELIEVE IT IS AN ISSUE WITH THIS COMPANY AND COMMUNITY THAT REQUIRE INJUCTIVE RELIEF TO HOLD MY VEHICLE OR PUNTIVE COMPENSATORY COMPENSATION

## THIRD CAUSE OF ACTION

( JOHN DOES DEVICES )
insert title of cause of action

(As against Defendant(s): JOHN DOE COMMUNITY SOCIAL MEDIA )

Insert ¶ #  INJUCTION ON BUSINESS'S OR HOME THAT MAY HAVE DIFFERENCE TOWARD ME, OR ABLE TO MONITOR ME OR MY DEVICE OR WITHOUT MY PERSON BY INTERNET AND ACCOUNTS — COMPENSATION

Insert ¶ #

Insert ¶ #

Pro Se Clinic Form                    Page Number 8 of 11

## FOURTH CAUSE OF ACTION

( JANE DOES DEVICE )
*insert title of cause of action*

(As against Defendant(s): JANE DOES
COMMUNITY, SOCIAL MEDIAS )

___. INJUCTION OR BUSINESS OR HOME
THAT MAY HAVE DIFFERENCE TOWARDS ME OR
ABLE TO MONITOR ME OR MY DEVICE TO INSULT
MY PERSON BY INTERNET AND ACCOUNTS —
COMPENSATION

Pro Se Clinic Form

Page Number 9 of 11

# VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

_____ INJUCTIVE RELIEF, TO HOLD MY PROPERTY
*Insert ¶ #* T, 'N IT CAN BE INVESTIGATED AND/OR COMMU-
SATION FOR MY DAMAGES AND COSTS

_____ LAST, BUT NOT LIKELY THE KELLYS OF
*Insert ¶ #* MEAD VALLEY IS MY IN LAWS, MARRIED OUT
SEPERATE FROM CHINA SHAEE BOLTON KELLY
DUE HER REQUEST FOR SEVERAL YEARS WHICH
I HAVE RESPECTED

_____
*Insert ¶ #*

_____
*Insert ¶ #*

Pro Se Clinic Form                    Page Number  10 of 11

## VII. DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: MARCH 03, 2023

Sign: *[signature]*

Print Name: MICHAEL BOLTON

Plaintiff in pro per

Pro Se Clinic Form

Page Number